JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN WEISS,<br><br>            Plaintiffs,<br><br>    vs.<br><br>COUNTY OF LOS ANGELES,<br><br>            Defendants. | CASE NO. CV 09-08170-MMM(Ex)<br><br>ORDER DISMISSING CIVIL ACTION |

   THE COURT having been advised by counsel that the above-entitled action has been settled;

   IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within __60__ **days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action  and this Order shall not prejudice any party to this action.

DATED: October 13, 2010                    _____
                                            MARGARET M. MORROW
                                            UNITED STATES DISTRICT JUDGE